# UNITED STATES DISTICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ANDREW ESSINGER,**

    **Plaintiff,**

    v.                                 **Case No. 2:23-cv-1800**
                                        **JUDGE EDMUND A. SARGUS, JR.**
**OHIO DEPARMENT OF**                  **Magistrate Judge Elizabeth P. Deavers**
**REHABILITATION AND CORRECTION,** *et al.***,**

    **Defendants.**

## ORDER

This matter is before the Court on the Report and Recommendation issued by the Magistrate Judge on June 23, 2023 (ECF No. 3), in which she recommended **DISMISSAL** with prejudice plaintiff's federal claims for failure to state a claim upon which relief may be granted and as time-barred, 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1), and **DECLINATION** of supplemental jurisdiction over plaintiff's state-law claims and **DISMISSAL** of such claims without prejudice, 28 U.S.C. § 1367(c)(3).

The time for objecting has passed and no objection has been filed. Thus, this Court **ADOPTS** the Report and Recommendation (ECF No. 3) and **DISMISSES** with prejudice all federal claims, **DECLINES** jurisdiction over the state law claim which are hereby **DISMISSED** without prejudice. The Clerk is **DIRECTED** to **ENTER JUDGMENT** in favor of Defendants and to **CLOSE** this case.

    **IT IS SO ORDERED.**


**8/15/2023**                                                  **s/Edmund A. Sargus, Jr.**
**DATE**                                                     **EDMUND A. SARGUS, JR.**
                                                          **UNITED STATES DISTRICT JUDGE**